PETITIONS FOR WRITS OF CERTIORARI DENIED, FROM OCTOBER 4, 1920, TO AND INCLUDING JANUARY 24, 1921.

No. 426. VOGT BROTHERS MANUFACTURING COMPANY *v.* ELLICOTT MACHINE CORPORATION. See *ante*, 607.

———

No. 319. GORDON L. DUTCHER *v.* LOUIS N. SANDERS. October 11, 1920. Petition for a writ of certiorari to the District Court of Appeals, Third District, of the State of California denied. *Mr. Charles R. Pierce* and *Mr. Marvin W. Conkling* for petitioner. *Mr. Thomas O. Toland* for respondent.

———

No. 328. ROSANNA MCDOUGALL, ADMINISTRATRIX, ETC. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY. October 11, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Kansas denied. *Mr. L. W. Keplinger* for petitioner. No appearance for respondent.

———

No. 336. VIRGINIAN RAILWAY COMPANY *v.* A. L. MILLS, ADMINISTRATOR, ETC. October 11, 1920. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of West Virginia denied. *Mr. Harry T. Hall* and *Mr. G. A. Wingfield* for petitioner. No appearance for respondent.

———

No. 343. GRAND TRUNK WESTERN RAILWAY COMPANY *v.* MAHLON H. WINGET, ETC. October 11, 1920. Petition

for a writ of certiorari to the Supreme Court of the State of Michigan denied. *Mr. James L. Parrish* for petitioner. *Mr. John D. Mackay* for respondent.